HOLDEN ET AL. *v.* ARNEBERGH, CITY
ATTORNEY OF LOS ANGELES, ET AL.

No. 945.   Decided March 3, 1969.

*Burton Marks* for appellants.

*Roger Arnebergh, pro se,* and *Robert B. Burns* for
appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed, it appearing that the judgment below rests
upon an adequate state ground.